03-169 T
USDC/RI
Judge Torres

# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 04-1473

RAMIRO FERNANDES PEREIRA,

Petitioner, Appellant,

v.

ALBERTO GONZALES, ATTORNEY GENERAL,* ET AL.,

Respondents, Appellees.

---

**JUDGMENT**

Entered: July 21, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 2/21/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Randy Olen, Esq., Robert Corrente, Esq. and Robin E. Feder, Esq.]

---

*Alberto Gonzales was sworn in as Attorney General of the United States on February 3, 2005. We have substituted him for John Ashcroft, previous holder of that office, as the respondent. See Fed. R. App. P. 43(c)(2).